**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 95-7714**

————————

GARY RAY HUDSON,

Plaintiff - Appellant,

versus

BILL LOWE; DAVID PETERS,

Defendants - Appellees,

and

BILL PRICE, Chief of Police; HOWARD E. BARNES;
BRISTOL CITY JAIL; SHERIFF, Bristol City Jail,

Defendants.

————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge.
(CA-94-334-R)

————————

Submitted: February 27, 1996      Decided: March 29, 1996

————————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Gary Ray Hudson, Appellant Pro Se. Henry Smith Keuling-Stout, Big Stone Gap, Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hudson v. Lowe</u>, No. CA-94-334-R (W.D. Va. Sept. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>